IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

YVETTE URSULA JACOBY,           )
                                )   Case No. 3:13-cv-01526-JE
         Plaintiff,             )
    vs.                         )
                                )   ORDER FOR PAYMENT OF ATTORNEY
COMMISSIONER,                   )   FEES PURSUANT TO EAJA
Social Security Administration, )
                                )
                                )
         Defendant.             )

   Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,603.50 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys. However, if the Commissioner confirms that Plaintiff owes no debt to the government through the Federal Treasury Offset program payment shall be made directly to Plaintiff's attorneys pursuant to *Astrue v. Ratliff*. There are no costs or expenses to be paid herein.

   Dated this 9th day of March, 2015.

                                        /s/ John Jelderks
                                        United States Magistrate Judge

ORDER – 1