IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

YVETTE URSULA JACOBY,            )
                                 )      Case No. 3:13-cv-01526-JE
                Plaintiff,       )
        vs.                      )
                                 )      ORDER GRANTING ATTORNEYS' FEES
COMMISSIONER,                    )      UNDER 42 U.S.C. §406(b)
Social Security Administration , )
                                 )
                                 )
                Defendant.       )

        Attorneys' fees in the amount of $15,760.00 minus the EAJA fees of $7,603.50

previously paid for a total of $8,156.50 pursuant to 42 U.S.C. § 406(b) are hereby awarded to

Plaintiff's attorney. The court finds that this is a reasonable fee in light of the record in

this case. When issuing the 406(b) check for payment to Plaintiff's attorneys, the

Commissioner is directed to subtract any applicable processing fees as allowed by statute.


        DATED this 19th day of March, 2015


                                        _____/s/ John Jelderks_____
                                        United States Magistrate Judge


ORDER – 1